

# Missouri Court of Appeals
## Southern District

## FEBRUARY 8, 2016

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33914

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             FRANKLIN W. LAWSON,
             Defendant-Appellant.